NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEE MONBO,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1401

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-02083-EMR, Judge Eleni M. Roumel.

---

Before DYK, PROST, and CHEN, *Circuit Judges*.

PER CURIAM.

## O R D E R

Responding to the court's February 13, 2025 show cause order, Dee Monbo requests remand, arguing that this court "lacks subject matter jurisdiction" because her "Notice of Appeal is **not** effective," ECF No. 5-1 at 1 (emphasis in original). The United States urges dismissal.

Under 28 U.S.C. § 1295(a)(3), this court generally only has jurisdiction over an appeal from a "final decision" of the United States Court of Federal Claims. *See* Fed. R. App.

P. 3(c)(1)(B) (also requiring the notice of appeal identify the judgment or order on appeal); Fed. Cir. R. 1(a)(1)(C).

Ms. Monbo's notice of appeal purportedly seeks review of the Court of Federal Claims's failure to grant her requests for a temporary restraining order or preliminary injunction and failure to grant her an extension of time to obtain legal counsel. ECF No. 1-2 at 1, 15. But that court had not taken any action on her request for a restraining order or injunction or entered an otherwise immediately appealable order by the time Ms. Monbo filed her notice of appeal, such that this court lacks jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 26, 2025
Date